UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                               Case No.  06-cr-204-01-SM

Van Hertel

## O R D E R

Defendant Hertel's motion to continue the final pretrial conference and trial is granted (document 14).  Trial has been rescheduled for the July 2007 trial period.  Defendant Hertel shall file a waiver of speedy trial rights not later than April 2, 2007.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 29, 2007 at 2:30 p.m.

**Jury Selection**: July 10, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April 2, 2007

cc:   Mark Sisti, Esq.
      Jennifer Cole Davis, AUSA
      US Probation
      US Marshal